JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>       Plaintiff,<br><br>       v.<br><br>MOONLIGHT INVESTMENTS INC., a New Mexico corporation (a/k/a MOONLITE INVESTMENTS INC., a New Mexico corporation); MOONLIGHT CONSTRUCTION INC., a California corporation (a/k/a MOONLITE CONSTRUCTION INC., a California corporation); PETE TSIAMIS, an individual; JONATHAN CELAYA, an individual,<br><br>       Defendants. | Case No.: 5:23-cv-00489-JLS (SHKx)<br><br>**JUDGMENT** |

Having reviewed the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

      1.     Plaintiff Wells Fargo Bank N.A. is awarded judgment against

1  defendants MOONLIGHT INVESTMENTS INC. a/k/a MOONLITE

2  INVESTMENTS INC., MOONLIGHT CONSTRUCTION INC. a/k/a

3  MOONLITE CONSTRUCTION INC., and PETE TSIAMIS, and is entitled to

4  recover from defendants the sum of $155,366.07, plus post-judgment interest at

5  10% per annum.

6      2.    The Court retains jurisdiction over the recovery of the Judgment

7  pursuant to the terms and conditions of the Stipulation and the settlement

8  agreement executed by the Parties.

9

10  DATE: July 3, 2023

11      HON. JOSEPHINE L. STATON

12      UNITED STATES DISTRICT JUDGE